In the Matter of GINA MARIE REITANO.

JENNIFER CANGRO, an Alleged Incapacitated Person, Appellant, v MARY V. ROSADO, Respondent.

Submitted July 23, 2012; decided August 30, 2012

Motion for reconsideration of this Court's April 26, 2012 dismissal order denied [*see* 18 NY3d 985 (2012)]. Motion for leave to appeal denied.

RITE CAPITAL GROUP, LLC, et al., Respondents, v LMAG, LLC, et al., Defendants, and ZEG ENTERPRISES, INC., Appellant.

Submitted June 11, 2012; decided August 30, 2012

Motion for leave to appeal dismissed upon the ground that the judgment sought to be appealed from does not finally determine the action within the meaning of the Constitution.